MN,ND-305
(5/94)

191577

SW rung
9-17-10

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

Unclaimed Dividends/ Distribution less than $5 for Deposit
Debtor: **LARSON, TWILA**

Chapter 13 Case No. **09-43268**
jointly administered

Please Check One:
_X_ Unclaimed Dividends
___ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| ALTEL CORPORATION<br>BKY DEPT 126-B5F03-B<br>1 ALLIED DRIVE<br>LITTLE ROCK, AK  72202-9918 | 7 | $1,420.05 | $40.26 |

RECEIVED 10 SEP 17 AM 9:31 U.S. BANKRUPTCY COURT MINNEAPOLIS, MN

**TOTAL TO CLERK'S FUND**  $40.26

**September 15, 2010**  /s/ Kyle L Carlson
DATE  TRUSTEE